U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C  Atlanta

DEC 0 9 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

DIVISION __Atlanta__
(USAO 2009R0R01312)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: __Gwinnett__

DISTRICT COURT NO. 1 0 9 - C R - 5 3 5

~~UNDER SEAL~~

MAGISTRATE CASE NO. _____

__X__ Indictment          __ Information          __ Magistrate's Complaint

DATE: December 9, 2009    DATE:                   DATE:

UNITED STATES OF AMERICA
vs.
**WENCESLAO ALVAREZ ALVAREZ, a/k/a
Wencho, a/k/a "W"**

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:                           TOTAL COUNTS:
(as to deft)                              (as to deft)
GREATER OFFENSE CHARGED:
__X__ Felony          __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __X__ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____          Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes          __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: __SANDRA E. STRIPPOLI__
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY
BY: __SANDRA E. STRIPPOLI__
Assistant United States Attorney

DATE: __December 9, 2009__