# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:09-cr-00535-ELR-CMS
### USA v. Alvarez
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 03/26/2019.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 9:58 A.M. | COURT INTERPRETER: David Hoover |
| TIME IN COURT: 00:28 | CSO/DUSM: Derrick Davis; Vernon Cook |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Michelle Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Wenceslao Alvarez Alvarez Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brickman representing Wenceslao Alvarez Alvarez<br>Andrew Hall representing Wenceslao Alvarez Alvarez<br>Sandra Strippoli representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea & Plea Agreement; Notice of Sentencing; Consent order & Judgment of Forfeiture |
| MINUTE TEXT: | Also present during the hearing was Task Force Officer David Noe of the DEA. The Defendant was sworn. Court addressed Defendant regarding his background and education. Court discussed Defendants immigration status. Defendant was advised of his rights, charge, penalties, and special assessment. The Government verified the signatures of parties on the Guilty Plea and Plea Agreement, as well as summarized the facts of the case. The Defendant entered a binding plea to Counts 2 and 3 of the Indictment. Limited Waiver of Appeal was given and is contained in the plea agreement. The Court found that the Defendant understands the proceedings, and that his plea of guilty is made freely and voluntarily. The Court accepts his guilty plea. Sentencing is SCHEDULED for June 12, 2019 at 3:30pm. Defendant is remanded to USMS custody. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for June 12, 2019 at 3:30 pm in Courtroom 1708; |