# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:09-cr-00535-ELR-CMS
## USA v. Alvarez
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 04/18/2019.

| | |
|---|---|
| TIME COURT COMMENCED: 2:05 P.M. | COURT REPORTER: Penny Coudriet |
| TIME COURT CONCLUDED: 2:28 P.M. | CSO/DUSM: L Ball; V Grady; C Murray |
| TIME IN COURT: 00:23 | USPO: Candice Logan |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Michelle Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Wenceslao Alvarez Alvarez Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brickman representing Wenceslao Alvarez Alvarez<br>Andrew Hall representing Wenceslao Alvarez Alvarez<br>Sandra Strippoli representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Also present at the hearing was Court Interpreter David Hoover. Previously the Court accepted the binding plea to Counts 2 and 3 of the indictment. The parties waived preparation of a PSR. The Court adopted the calculations and factual findings. The Court and counsel discussed reasonable sentence. The Defendant briefly addressed the Court. The Defendant was sentenced to a total of ONE-HUNDRED AND TEN (110) MONTHS of incarceration, followed by FOUR (4) years of supervised release, $200 special assessment and additional requirements (see J&C for details). Limited appellate rights were given. The Defendant is remanded into the custody of the USMS. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |